# HERNSTADT ATLAS PLLC

45 Main Street, Suite 1030 Brooklyn, New York 11201
tel | text | fax: 212.809.2501  ed@heatlaw.com  heatlaw.com

November 11, 2022

**Via ECF**

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **Forrest v New York City Housing Authority, et al.;
                Case No. 1:22-cv-06480 (JLR)**

Dear Judge Rochon:

    I am the principal trial counsel on behalf of Plaintiff Tracy L. Forrest in the above-referenced action. We are in receipt of the Court's October 19, 2022 Order (ECF No. 21).

    I am scheduled to undergo surgery this coming November 15, 2022 and recovery is expected to take approximately one month. In accordance with Your Honor's Individual Rule 1.F, I seek an adjournment of the initial pre-trial conference currently scheduled for December 1, 2022, at 10:30 a.m. This is the first such request for an adjournment and extension. Defendants' counsel consents to this request. We jointly propose December 15, 2022, December 19, 2022. or December 22, 2022 as alternative dates for the initial pre-trial conference.

    The parties' joint letter and proposed Civil Case Management Plan are currently scheduled to be filed on November 21, 2022. With an adjournment of the initial pre-trial conference, counsel for all parties also respectfully request that the date for submission of those documents be extended to a date ten days prior the initial pre-trial conference, in accordance with the time frame ordered by Your Honor on October 19, 2022.

    Respectfully submitted,

    *Edward Hernstadt*

    Edward Hernstadt

cc:    All counsel of record (via ECF)

---

Request **GRANTED**. The initial pre-trial conference is hereby adjourned to **December 15, 2022 at 4 p.m.** The parties shall file their joint letter and proposed Civil Case Management Plan **10 days before** the initial pre-trial conference.

Dated:  November 11, 2022
           New York, New York

SO ORDERED

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge