

151 WEST 42ND STREET   49TH FLOOR   NEW YORK, NY 10036
T 212.307.5500   F 212.307.5598   www.Venable.com

July 6, 2023

Nicholas M. Reiter

**t** 212.370.6296
**f** 212.307.5598
NMReiter@Venable.com

**VIA ECF**
Hon. Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Request **GRANTED**. The video conference is adjourned to **4 p.m. on July 12, 2023**.

Dated:  July 6, 2023
           New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re:   *Tracy L. Forrest v. New York City Housing Authority et al.*
       Case No. 1:22-CV-06480 (JLR)
       **Request to Reschedule July 12, 2023 Video Conference**

Dear Judge Rochon:

This law firm represents each of the Defendants in the above-referenced matter.  We write to respectfully request a different start time for the video conference to address the parties' recent discovery dispute regarding a proposed subpoena *duces tecum* onto Plaintiff's current employer, Statewide Abstract Corp.

Earlier this afternoon, the Court scheduled the video conference for July 12, 2023 at 2 p.m.  Unfortunately, the undersigned is already scheduled to attend a conference at exactly the same date and time before the Hon. Gregory H. Woods in another civil action, *Joaquin et al. v. New York Athletic Club et al.*, Case No. 1:23-CV-01235 (S.D.N.Y.).  The conference before Judge Woods is anticipated to last approximately 30 to 45 minutes.

Accordingly, Defendants respectfully request the Court reschedule the video conference in this case for a different time on July 12, 2023 or such other date and time that is convenient for the Court's schedule.  Counsel for Plaintiff does not oppose this request and has advised that they are available on July 12, 2023 from 10 a.m. to 12 p.m. or 3:30 p.m. to 5:00 p.m.  Defendants' counsel are available during the same times on July 12, 2023.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Nicholas M. Reiter



Hon. Jennifer L. Rochon
July 6, 2023
Page 2

cc:     All Counsel of Record (via ECF)