UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRACY L. FORREST,

                       Plaintiff,

     -against-                             1:22-cv-06480 (JLR)

NEW YORK CITY HOUSING AUTHORITY,          **ORDER**
et al.,

                      Defendants.

JENNIFER L. ROCHON, United States District Judge:

    WHEREAS, on July 12, 2023, the Court held a conference and stated the reasons for its rulings herein on the record.

    IT IS HEREBY ORDERED that Plaintiff's Letter-Motion at ECF No. 61 is GRANTED without prejudice to Defendants renewing their request to serve a subpoena on Statewide Abstract Corp. under the circumstances set forth on the record, including upon a showing that Plaintiff's production of all discovery responsive to the contemplated subpoena is deficient.

    IT IS FURTHER ORDERED that the deadline to complete discovery is extended to **September 29, 2023**.

    IT IS FURTHER ORDERED that the post-discovery pretrial conference is hereby adjourned to **October 26, 2023 at 3 p.m.** in Courtroom 20B.

    IT IS FURTHER ORDERED that Plaintiff's motions for reconsideration (ECF Nos. 52, 59) of the Court's May 2, 2023 Opinion and Order are DENIED.

    The Clerk of Court is respectfully directed to terminate ECF Nos. 52 and 59.

Dated: July 13, 2023
       New York, New York

                                                              SO ORDERED.

                                                               *Jennifer Rochon*
                                                              JENNIFER L. ROCHON
                                                              United States District Judge